Cite as 2019 Ark. 236

# SUPREME COURT OF ARKANSAS

IN RE CLIENT SECURITY FUND
COMMITTEE

Opinion Delivered: June 20, 2019

## PER CURIAM

Jenny Massanelli, Esq., of Little Rock is reappointed to the Client Security Fund Committee in the at-large position for a term expiring on July 31, 2023.

Bill Bristow, Esq., of Jonesboro, First Congressional District, is reappointed to the Client Security Fund Committee for a term expiring on July 31, 2024.

The Court thanks Ms. Massanelli and Mr. Bristow for their continued service on this important committee.